STATE OF NEW JERSEY v. JOHN MAC YOUNG.

February 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v.
ANTHONY EMANUEL SINGLETON.

February 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. EARLY JOHNSON.

February 11, 1975. Petition for certification denied.

VIRGINIA DEL BAGLIVO v.
MARIO DEL BAGLIVO, M. D.

February 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JESSE COOPER, JR.

February 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED GREEN.

February 11, 1975. Petition for certification denied.